United States District Court
Southern District of Texas
ENTERED
JUL 29 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 29 1998
Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALBERTO LOZA GRACIA | § | |
| | § | CIVIL ACTION NO. B-96-066 |
| VS. | § | |
| | § | CRIMINAL NO. B-92-00257-S1-02 |
| UNITED STATES OF AMERICA | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On April 26, 1996, Judge Filemon B. Vela received a letter from Alberto Loza Gracia ("Gracia") inquiring about the impact of *Bailey v. United States*, 516 U.S. 137 (1995) on his conviction for carrying a weapon during a drug transaction in violation of 18 U.S.C. § 924(c)(1).

While Gracia never sought relief pursuant to 28 U.S.C. § 2255, for purposes of a review of his letter and the applicable law, the court has interpreted his letter as a 28 U.S.C. § 2255 petition.

The facts of this case as set forth in the Pre Sentence Investigation Report in Criminal Number B-92-00257 are that an informant testified during his trial that Gracia was seen putting a loaded .380 pistol in the waistband of his trousers during the negotiations for the sale and purchase of marihuana. This evidence apparently convicted a jury of Gracia's guilt.

The Supreme Court has held that placing a gun in a locked glove box of a car or in the trunk of a car supports a conviction under 18 U.S.C. § 924(c)(1), *Muscarello v. United States*, ----U.S.---- (decided June 8, 1998).

It is RECOMMENDED that Alberto Loza Gracia's petition be **DENIED**.

A party's failure to file written objections to the proposed findings, conclusions, and

recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 29th day of July, 1998.

John Wm. Black
United States Magistrate Judge