IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALBERTO LOZA GRACIA | § | |
| | § | CIVIL ACTION NO. B-96-066 |
| VS. | § | |
| | § | CRIMINAL NO. B-92-00257-S1-02 |
| UNITED STATES OF AMERICA | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of July 29, 1998 should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this 26th day of August 1998.

_____
Filemon B. Vela
United States District Judge